1 | Lincoln D. Bandlow, Esq. (CA #170449)
2 | lincoln@bandlowlaw.com
  | LAW OFFICES OF LINCOLN BANDLOW, PC
3 | 1801 Century Park East, Suite 2400
  | Los Angeles, CA  9006
4 | Phone: (310) 556-9680
  | Fax: (310) 861-5550

5 | Attorney for Plaintiff
  | Strike 3 Holdings, LLC
6 |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| STRIKE 3 HOLDINGS, LLC, | Case Number: 3:19-cv-00859-EDL |
|---|---|
| Plaintiff, | **NOTICE OF FIRM NAME CHANGE** |
| vs. | **(CLERK'S ACTION REQUIRED)** |
| JOHN DOE subscriber assigned IP address 24.130.3.240, | |
| Defendant. | |

    PLEASE TAKE NOTICE that, effective immediately, the affiliation and address for Lincoln D. Bandlow, counsel of record for Strike 3 Holdings, LLC, has changed and Mr. Bandlow is no longer affiliated with the law firm Fox Rothschild, LLP.  Mr. Bandlow's new firm affiliation and contact information is as follows:

>    Lincoln D. Bandlow
>    LAW OFFICES OF LINCOLN BANDLOW, PC
>    1801 Century Park East, Suite 2400
>    Los Angeles, CA  90067
>    Phone: (310) 556-9680
>    Fax: (310) 861-5550
>    Email:  lincoln@bandlowlaw.com

    DATED this 27th day of April, 2019.

>                    LAW OFFICES OF LINCOLN BANDLOW, PC
>
>                    *s/ Lincoln D. Bandlow*
>                    Lincoln D. Bandlow, Esq. (CSBA #170449)

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

*s/ Lincoln D. Bandlow*